**Abatement Order filed October 29, 2019**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-19-00696-CV

—————————

### SAN JACINTO RIVER AUTHORITY, Appellant

### V.

### EVAN LEWIS, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2017-74351**

## ABATEMENT ORDER

This is an interlocutory appeal of the trial court's order denying a plea to the jurisdiction filed by appellant San Jacinto River Authority. Appellant raised issues in this appeal that are under consideration in a companion appeal filed in 14-18-00043-CV; *San Jacinto River Authority v. Ogletree*. This appeal is abated until disposition of the appeal in cause number 14-18-00043-CV; *San Jacinto River Authority v. Ogletree*.

The appeal is removed from this court's active docket. The appeal will be reinstated after final disposition of the appeal in cause number 14-18-00043-CV. The court will consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

On October 21, 2019, appellant filed a motion to extend time to file its brief. Appellant's brief due date will be set after reinstatement of the appeal.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Jewell and Bourliot.